## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CLAUDE D. CLARK,

        Petitioner

        v.

WALTER R. PEUGH,

        Respondent

:  No. 223 WAL 2021
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.